243 So.2d 818

**STATE of Louisiana ex rel. Edgar
L. BARABINO**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51190.

Feb. 17, 1971.

 Relator had retained counsel and acknowledges conferring with him in regard to appeal. He can not be heard to complain now, almost two years later that he was denied appeal.

243 So.2d 818

**STATE of Louisiana ex rel. Arthur
Chris YOUNGBLOOD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51191.

Feb. 17, 1971.

 The facts at the evidentiary hearing disprove petitioner's allegation that no counsel was appointed to represent and advise him prior to his plea of guilty. Petitioner further has not proved he was not fully advised of his rights prior to his plea, and the petitioner does not allege that he was not in fact guilty, as indicated by the evidence. Jones v. Smith, 311 F.2d 475 (5 Cir., 1969) is factually distinguishable.